UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MARTIN, | Case No. 07cv518 JM(WMc) |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE |
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION'S INSURANCE PLAN, | [Docket No. 12] |
| Defendants. | |

Upon the stipulation of the parties and for good cause being shown, the above entitled case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: October 31, 2007

Hon. Jeffrey T. Miller
United States District Judge